UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DISTRICT OF FLORIDA

| In re:<br><br>VAN VALKENBURG, JR., ROBERT CLAIR<br><br><br>Debtor(s) | Case No. 08-25378-EPK<br>Chapter 7<br>/ |
|---|---|



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

NOV 3 0 2009

FILED ✓   RECEIVED

### NOTICE OF DEPOSIT OF FUNDS WITH THE U. S. BANKRUPTCY COURT CLERK

**P A I D**
131710

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)   The Trustee has a balance of $3.30 remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: November 24, 2009

_____
Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:   (561) 838-4539
Facsimile:   (561) 514-3439

**NAME:**  VAN VALKENBURG, JR., ROBERT CLAIR
**CASE NO:**  08-25378-EPK

| No. | Creditors | Amount of Claimed Allowed | Amount of Dividend |
|---|---|---|---|
| 2 | CIGNA Tel Drug<br>P.O. Box 5101<br>Sioux Falls, SD  57117-5101 | $125.00 | $3.30 |